UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

WALTER E. MAYORGA,

                         Petitioner,                         **ORDER**

         -against-                                    22-cv-8714 (NSR) (AEK)

MARK MILLER,

                         Respondent.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court is in receipt of a letter from *pro se* Petitioner Walter Mayorga which attached a copy of page 5 of the Petition, which previously had been missing from the version of the Petition that was on file with the Court at ECF No. 1.  *See* ECF No. 13 at 2.  Hereinafter, any reference to the Petition in this case shall be understood to include both (1) ECF No. 1 (the original Petition with page 5 missing), and (2) ECF No. 13 at 2 (page 5 of the Petition).

      The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Petitioner.

Dated: November 14, 2022
       White Plains, New York

                                       **SO ORDERED.**

                                       _____
                                       ANDREW E. KRAUSE
                                       United States Magistrate Judge